IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL G. BARBER,

    Plaintiff,

v.

WISCONSIN GOVERNOR WALKER, CATHY
JESS, CAPT. ENGEBREGSTE, OFFICE OF
THE SECRETARY CORRECTIONS
COMPLAINT EXAMINDERS,
H. GUNDERSON, W. ROSE,
A. BOATWRIGHT, C. O'DONNELL, WDOC
BUREAU OF HEALTH SERVICES,
JAMES GREER, DR. MON LEE and JIM
SCHWOCHERT.

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-339-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants dismissing this case.

| /s/ | 11/26/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |